# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

678 SELDEN, LLC, and
ENHANCED CAPITAL HTC
FUND 1, LLC,

    Plaintiffs,

-vs-

BRANDON DUCKETT,

    Defendant.

Case No. 19-11324
Hon. Terrence G. Berg
Mag. Judge Elizabeth A. Stafford

_____ /

| Michael P. Donnelly (P45221) | Jeffrey H. Bigelman (P61755) |
|---|---|
| FRASER TREBILCOCK DAVIS & DUNLAP PC | OSIPOV BIGELMAN, P.C. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| One Woodward Avenue, Suite 150 | 20700 Civic Center Drive, Suite 420 |
| Detroit, MI 48226 | Southfield, MI 48076 |
| (313) 237-7300 | (248) 663-1800 |
| mdonnelly@fraserlawfirm.com | jhb@osbig.com |

_____ /

## ORDER PERMITTING SUBSTITUTION OF ATTORNEYS

In accordance with the foregoing written substitution of attorneys;

IT IS HEREBY ORDERED that Alexander Stotland of the law firm of Hertz Schram PC is substituted as counsel representing Defendant Brandon Duckett in the above cause of action.

                                  /s/Terrence G. Berg
                                  Terrence G. Berg
                                  United States District Judge

Entered: 6/24/2019