UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENHANCED CAPITAL HTC FUNDI, LLC, 678 SELDEN, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> BRANDON DUCKETT, OSIPOV BIGELMAN, P.C., <br><br> Defendants. | 2:19-CV-11324-TGB <br><br><br> ORDER <br><br><br> HONORABLE TERRENCE G. BERG |

# ORDER DISMISSING CASE

Pursuant to the Notice of Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 20th day of August, 2019.

        BY THE COURT:


        /s/Terrence G. Berg
        TERRENCE G. BERG
        United States District Judge